# United States Bankruptcy Court
## Southern District of Mississippi

In re: **DANIEL P HOLMES**, Debtor

Case No. **04-05818 JEE**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,000.00 | | |
| B - Personal Property | Yes | 3 | 18,007.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 17,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 17,595.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,249.23 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,341.67 |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 19,007.50 | | |
| Total Liabilities | | | | 34,595.76 | |

Form B6F
(12/03)

In re **DANIEL P HOLMES**, Case No. **04-05818 JEE**
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3561**<br><br>**\*\*Healthcare Billing**<br>**P.O. Box 1081**<br>**Monroe, LA 71210-1081** | | - | | | | | 2,350.40 |
| Account No.<br><br>**\*\*MedLife EMS**<br>**1917 E. Madison Ave.**<br>**Bastrop, LA 71220-4069** | | - | | | | | 565.00 |
| Account No. **xx0345**<br><br>**\*\*Radiology Associates**<br>**1601 Lamy Lane**<br>**Monroe, LA 71201-3735** | | - | | | | | 266.00 |
| Account No. **xxxx9846**<br><br>**\*\*St. Francis Emergency Group**<br>**900 Oakmont Lane, Suite 200**<br>**Westmont, IL 60559** | | - | | | | | 272.00 |

__2__ continuation sheets attached

Subtotal (Total of this page)    **3,453.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     S/N:23705-060614    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **DANIEL P HOLMES**, Case No. **04-05818 JEE**
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**AMERICAN EXPRESS**<br>**% NCO GROUP**<br>**PO BOX 41747**<br>**PHILADELPHIA, PA 19101** | - | | | | | | 743.87 |
| Account No.<br>**CINGULAR WIRELESS**<br>**% NCO FINANCIAL SYTEMS**<br>**PO BOX 41457**<br>**PHILADELPHIA, PA 19101-1457** | - | | | | | | 1,109.03 |
| Account No. **7001191100465799**<br>**HOUSEHOLD BANK/BEST BUY**<br>**PO BOX 81622**<br>**SALINAS, CA 93912-1622** | - | | | | | | 714.09 |
| Account No.<br>**MAGAZINE FULFILLMENT CTR**<br>**PO BOX 434**<br>**BRIDGEVILLE, PA 15017** | - | | | | | | 87.36 |
| Account No.<br>**MERCHANTS & FARMERS BANK**<br>**% HENLEY LOTTERHOS HENLEY**<br>**PO BOX 389**<br>**JACKSON, MS 39205** | - | | **DEFICIENCY ON BOAT** | | | | 5,613.34 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,267.69**

Form B6F - Cont.
(12/03)

In re **DANIEL P HOLMES**, Case No. **04-05818 JEE**
Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**PACIFIC PHYSICIANS SVC** | - | | | | | | 250.00 |
| Account No.<br>**PARVEEN ATHAR MD**<br>**730 RIDGEWOOD RD STE B**<br>**RIDGELAND, MS 39157** | - | | | | | | 200.00 |
| Account No. **15624813**<br>**PROVIDIAN % ARROW FINANCIAL**<br>**5996 W TOUHY AVE**<br>**NILES, IL 60714** | - | | | | | | 4,820.28 |
| Account No.<br>**RUTH FREDRICKS MD**<br>**1020 RIVER OAKS DR**<br>**FLOWOOD, MS 39208** | - | | | | | | 190.00 |
| Account No.<br>**SOUTHERN DIAGNOSTIC IMAGING**<br>**1037 N FLOWOOD DR**<br>**FLOWOOD, MS 39232** | - | | | | | | 414.39 |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    5,874.67

Total (Report on Summary of Schedules)    17,595.76

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6I
(12/03)

In re **DANIEL P HOLMES**     Case No. **04-05818 JEE**

Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP **None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Raytheon Company | |
| How long employed | | |
| Address of Employer | P.O. Box 7000 Greenville, TX 75403-7000 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,149.25 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,149.25 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 599.73 | $ 0.00 |
| b. Insurance | $ 167.29 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 767.02 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,382.23 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) **Spouse's income** | $ 0.00 | $ 867.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,382.23 | $ 867.00 |

TOTAL COMBINED MONTHLY INCOME    $ **3,249.23**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **DANIEL P HOLMES**                                                                 Case No. **04-05818 JEE**
                                           Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ **609.00** |
| Are real estate taxes included? Yes ___ No **X** | | |
| Is property insurance included? Yes ___ No **X** | | |
| Utilities: Electricity and heating fuel | | $ **200.00** |
| Water and sewer | | $ **75.00** |
| Telephone | | $ **80.00** |
| Other **internet/pest control** | | $ **55.00** |
| Home maintenance (repairs and upkeep) | | $ **25.00** |
| Food | | $ **400.00** |
| Clothing | | $ **125.00** |
| Laundry and dry cleaning | | $ **25.00** |
| Medical and dental expenses | | $ **250.00** |
| Transportation (not including car payments) | | $ **400.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **100.00** |
| Charitable contributions | | $ **15.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $ **0.00** |
| Life | | $ **0.00** |
| Health | | $ **0.00** |
| Auto | | $ **127.67** |
| Other | | $ **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | | $ **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | | $ **500.00** |
| Other **Wife's installment payments** | | $ **305.00** |
| Other | | $ **0.00** |
| Other | | $ **0.00** |
| Alimony, maintenance, and support paid to others | | $ **0.00** |
| Payments for support of additional dependents not living at your home | | $ **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| Other **HAIRCUTS & OUT OF POCKET EXPENSES** | | $ **50.00** |
| Other | | $ **0.00** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ **3,341.67** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | | $ **N/A** |
| B. Total projected monthly expenses | | $ **N/A** |
| C. Excess income (A minus B) | | $ **N/A** |
| D. Total amount to be paid into plan each _____ (interval) | | $ **N/A** |

# United States Bankruptcy Court
## Southern District of Mississippi

In re **DANIEL P HOLMES**     Case No. **04-05818 JEE**
Debtor(s)     Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **15** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **June 27, 2006**     Signature **/s/ DANIEL P HOLMES**
    **DANIEL P HOLMES**
    Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 8
(12/03)

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **DANIEL P HOLMES**                                        Case No.  **04-05818 JEE**
Debtor(s)                                                         Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property to Be Surrendered.*

   | | **Description of Property** | **Creditor's name** |
   |---|---|---|
   | 1. | 2001 FORD F-150 | MERCHANTS & FARMERS BANK |

   b. *Property to Be Retained*                        *[Check any applicable statement.]*

   | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|
   | **-NONE-** | | | | |

Date  **June 27, 2006**                    Signature  **/s/ DANIEL P HOLMES**
                                                      **DANIEL P HOLMES**
                                                      Debtor

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **DANIEL P HOLMES**                                                        Case No.  **04-05818 JEE**
                                   Debtor(s)                                       Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 27, 2006**                           **/s/ DANIEL P HOLMES**
                                                   **DANIEL P HOLMES**
                                                   Signature of Debtor

HOLMES, DANIEL - 04-05818 JEE

```
DANIEL P HOLMES                  MAGAZINE FULFILLMENT CTR
PO BOX 7102                      PO BOX 434
MCCOMB MS 39649                  BRIDGEVILLE PA 15017



BARNEY E. EATON                  MERCHANTS & FARMERS BANK
HOLADAY, YODER, MOOREHEAD & EATONPO BOX 1520
P.O. BOX 23759                   KOSCIUSKO MS 39090
JACKSON, MS 39225-3759



**HEALTHCARE BILLING             MERCHANTS & FARMERS BANK
P.O. BOX 1081                    % HENLEY LOTTERHOS HENLEY
MONROE LA 71210-1081             PO BOX 389
                                 JACKSON MS 39205



**MEDLIFE EMS                    PACIFIC PHYSICIANS SVC
1917 E. MADISON AVE.
BASTROP LA 71220-4069



**RADIOLOGY ASSOCIATES           PARVEEN ATHAR MD
1601 LAMY LANE                   730 RIDGEWOOD RD STE B
MONROE LA 71201-3735             RIDGELAND MS 39157



**ST. FRANCIS EMERGENCY GROUP    PROVIDIAN % ARROW FINANCIAL
900 OAKMONT LANE, SUITE 200      5996 W TOUHY AVE
WESTMONT IL 60559                NILES IL 60714



AMERICAN EXPRESS                 RUTH FREDRICKS MD
% NCO GROUP                      1020 RIVER OAKS DR
PO BOX 41747                     FLOWOOD MS 39208
PHILADELPHIA PA 19101


CINGULAR WIRELESS                SOUTHERN DIAGNOSTIC IMAGING
% NCO FINANCIAL SYTEMS           1037 N FLOWOOD DR
PO BOX 41457                     FLOWOOD MS 39232
PHILADELPHIA PA 19101-1457



HOUSEHOLD BANK/BEST BUY
PO BOX 81622
SALINAS CA 93912-1622
```